PROB 12B
(7/93)

Report Date: June 28, 2013

## United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 28 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Francisco Javier Valdovinos      Case Number: 2:13CR02087-001

Name of Sentencing Judicial Officer: The Honorable John A. Houston, U.S District Judge, San Diego, CA

Date of Original Sentence: 6/6/2011      Type of Supervision: Supervised Release

Original Offense: Importation of Methamphetamine, 21 U.S.C. § 952 and 960      Date Supervision Commenced: 4/26/2013

Original Sentence: Prison - 30 Months; TSR - 36 Months      Date Supervision Expires: 4/25/2016

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

16    If indicated, you shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

17    You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

18    You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

### CAUSE

Mr. Valdovinos disclosed a long history of marijuana use, starting at about the age of 13 and continuing until his arrest. He also disclosed, during the presentence report interview, he believes he has a problem with the use of marijuana and would benefit from on-going substance abuse counseling. In an effort to support his sobriety and choice to remain clean and sober, he has agreed that the condition modification would be appropriate to support his decision to no longer use marijuana or any other illegal substance.

Prob 12B
**Re: Valdovinos, Francisco Javier**
**June 28, 2013**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  6/28/2013

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ]  Other

Thomas O. Rice

Signature of Judicial Officer

6/28/13

Date