PROB 12C
(7/93)

Report Date: July 25, 2014

# United States District Court

for the

Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Francisco Javier Valdovinos        Case Number: 0980 2:13CR02087-001

Address of Offender:                 Yakima, Washington 98902

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: June 6, 2011

Original Offense:       Importation of Methamphetamine, 21 U.S.C. §§ 952 and 960

Original Sentence:      Prison 30 months            Type of Supervision: Supervised Release
                        TSR - 36 months

Asst. U.S. Attorney:    Shawn N. Anderson           Date Supervision Commenced: April 26, 2013

Defense Attorney:       TBD                         Date Supervision Expires: April 25, 2016

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**:  Mr. Valdovinos tested presumptive positive for THC and admitted to using marijuana on or about June 26, 2014. The sample was confirmed positive for marijuana metabolite through laboratory analysis on June 30, 2014. |
| | The defendant provided a urine sample on June 12, 2014, that was presumptive positive for THC and on June 17, 2014, it was confirmed by the laboratory analysis to be positive for marijuana metabolite.  The defendant denied to the provider any illegal drug use. |
| 2 | **Special Condition #16**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay.  You shall allow full reciprocal disclosure between the supervising officer and treatment provider. |

Prob12C
**Re: Valdovinos, Francisco Javier**
July 25, 2014
Page 2

**Supporting Evidence**:  Mr. Valdovinos was removed from aftercare treatment due to non-compliance and failing to attend his weekly treatment sessions and provide verification of his attendance at self-help groups.  When asked to re-engage in treatment, he stated he is not an "addict" and did not believe he is in need of further treatment.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   07/25/2014

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[  ]   Other

Thomas O. Rice

Signature of Judicial Officer

July 29, 2014

Date